IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
BRIAN SMITH                    :       CIVIL CASE
                               :
    v.                         :
                               :
JOHN J. RIGAS, et al.          :       No. 02-03625
```

**O R D E R**

AND NOW, this _____ day of September, 2002, IT IS HEREBY ORDERED AND DECREED that Movant Local 705's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead and Liaison Counsel (Docket No. 2); AND Movant Spadafora Group's Motion for Consolidation, Appointment as Lead Plaintiffs, and Approval of Lead Plaintiff's Selection of Co-Lead Counsel (Docket No. 3) are hereby **DENIED with leave to renew.**[1]

BY THE COURT:

_____
HERBERT J. HUTTON, J.

---

[1] This case has been placed in Civil Suspense.